LAW OFFICES OF JOHN L. BURRIS
John L. Burris, Esq. (SBN 69888)
Kenneth Chike Odiwe, Esq. (SBN 315109)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Tel: 510-839-5200  Fax: 510-839-3882
Email: chike.odiwe@johnburrislaw.com

Attorney for Plaintiff,
Patricia Thompson

SUSANA ALCALA WOOD
City Attorney (SBN 156366)
ANDREA M. VELASQUEZ,
Senior Deputy City Attorney (SBN 249210)
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA 95814-2608
Tel: 916-808-5346 Fax: 916-808-7455
Email: avelasquez@cityofsacramento.org

Attorney for Defendants,
City of Sacramento and Brian Murawski

RIVERA & ASSOCIATES
Jonathan B. Paul, SBN 215884
Glen A. Williams, SBN 257665
1425 River Park Drive, Suite 250
Sacramento, CA 95815
Email: jonathan@jmr-law.net

Attorneys for Defendant,
County of Sacramento

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PATRICIA THOMPSON,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.,<br><br>  Defendants. | Case No.: 2:18-cv-00806-KJM-DB<br><br>**[PROPOSED] STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

It is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff PATRICIA THOMPSON, represented by and through her attorney of record, Kenneth Chike Odiwe, Esq.; Defendants CITY OF SACRAMENTO and BRIAN MURAWSKI, by and through their attorney of record, Andrea M. Velasquez, Esq.; and Defendant COUNTY OF SACRAMENTO, by and through its attorney of record, Jonathan B.

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA 95815
(916) 922-1200

[PROPOSED] Stipulated Dismissal with
Prejudice [FRCP 41(a)(1)(A)(ii)]
Case No. 2:18-cv-00806-KJM-DB

1

Paul, Esq.; that the entire action is dismissed with prejudice forthwith. Each side is to bear their own costs and attorney's fees.

Dated: March 6, 2019        Respectfully submitted,

                                                 LAW OFFICES OF JOHN L. BURRIS

                                                 _/s/*Kenneth Chike Odiwe*_____
                                                     KENNETH CHIKE ODIWE
                                                     Attorney for Plaintiff
                                                     Patricia Thompson

Dated: March 6, 2019        Respectfully submitted,

                                                 SUSANA ALCALA WOOD
                                                 City Attorney

                                               */s/Andrea M. Velasquez, Esq.*
                                               (As authorized on March 6, 2019)
                                               _____
                                               ANDREA M. VELASQUEZ
                                               Attorney for Defendants
                                               City of Sacramento and
                                               Brian Murawski

Dated: March 6, 2019        Respectfully submitted,

                                               RIVERA & ASSOCIATES

                                               */s/ Jonathan B. Paul, Esq.*
                                               (As authorized on 2/25/2019)
                                               _____
                                               JONATHAN B. PAUL
                                               Attorney for Defendant
                                               County of Sacramento

RIVERA & ASSOCIATES
1425 River Park Dr., Ste. 250
Sacramento, CA  95815
(916) 922-1200

[PROPOSED] Stipulated Dismissal with Prejudice [FRCP 41(a)(1)(A)(ii)]
Case No. 2:18-cv-00806-KJM-DB

2